| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Phillips, Mary E. | 2. Court or Organization<br><br>U.S. District Court, Western District of Missouri | 3. Date of Report<br><br>05/09/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>400 E. 9th Street<br>Suite 7452<br>Kansas City, MO 64105 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/09/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 2016 | State of Missouri - Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Phillips, Mary E.** | 05/09/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | U.S. Bank | Mortgage on Rental Property, Kansas City, Missouri (Pt. VII, Line 2) | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Country Club Bank Account | A | Interest | L | T | | | | | |
| 2. Rental Property, Kansas City, Jackson County, Missouri ($170,000-2007) | E | Rent | M | R | | | | | |
| 3. Adorn, Inc. (2007) | | None | K | W | | | | | |
| 4. Brokerage Account #1 (H) | | | | | | | | | |
| 5. Vanguard Select Value (VASVX) | C | Int./Div. | L | T | | | | | |
| 6. UNTS Gugg Flah Crum Prfd - Bond | A | Int./Div. | K | T | | | | | |
| 7. GNR 2009-92 - Bond | B | Int./Div. | | | Sold | 02/04/16 | K | A | |
| 8. Missouri Env Imp Ener RV Pref | A | Int./Div. | | | Sold | 07/01/16 | L | A | |
| 9. Missouri Env Imp Engy RV - Bond | A | Int./Div. | J | T | | | | | |
| 10. Kansas City MO SRA BE/R | B | Int./Div. | J | T | | | | | |
| 11. Platte Cnty Mo Reorg - Bond | B | Int./Div. | K | T | | | | | |
| 12. Bayless Mo Cons Sch - Bond | B | Int./Div. | K | T | | | | | |
| 13. Kansas City Mo San Swr S - Bond | B | Int./Div. | K | T | | | | | |
| 14. St. Louis Mo MFC Leashld Assur RV CA V6.34 - Bond | A | Int./Div. | K | T | | | | | |
| 15. Missouri St Health & EDL - Bond | A | Int./Div. | K | T | Buy | 06/30/16 | K | | |
| 16. Boeing | A | Int./Div. | | | Sold | 09/23/16 | J | C | |
| 17. California Resource Corp | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Colgate Palmolive | A | Int./Div. | K | T | | | | | |
| 19. Diageo Plc new GB Spon ADR | A | Int./Div. | J | T | | | | | |
| 20. Intel Corp | A | Interest | J | T | | | | | |
| 21. Johnson & Johnson Com | A | Int./Div. | J | T | | | | | |
| 22. Medtronic | A | Int./Div. | J | T | | | | | |
| 23. Occidental Petroleum CRP | A | Int./Div. | J | T | | | | | |
| 24. Qualcomm | A | Int./Div. | J | T | | | | | |
| 25. Pepsico Inc. | A | Int./Div. | K | T | | | | | |
| 26. Rockwell Automation Inc | A | Int./Div. | J | T | | | | | |
| 27. Unilever PLC Amer SHS | A | Int./Div. | J | T | | | | | |
| 28. Union Pacific Corp | A | Int./Div. | J | T | | | | | |
| 29. Praxair, Inc. | A | Int./Div. | J | T | Buy | 09/23/16 | J | | |
| 30. IsharesT rust DJ US Real Estate ETF (IYR) | B | Int./Div. | K | T | | | | | |
| 31. Ishares MSCI Emerging Markets ETF (EEM) | A | Int./Div. | K | T | Buy (add'l) | 02/02/16 | K | | |
| 32. Vanguard Index Funds Mid-Cap Growth (VOT) | A | Int./Div. | L | T | | | | | |
| 33. Vanguard Index Funds Mid-Cap Value (VOE) | B | Int./Div. | L | T | | | | | |
| 34. Vanguard MSCI Emerging Markets (VWO) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Vanguard Scottsdale 1000 Growth (VONG) | B | Int./Div. | M | T | | | | | |
| 36. Matthews Int Pacific Tiger Fund (MAPTX) | B | Int./Div. | K | T | | | | | |
| 37. Vanguard Tax-Managed Sm Cap Fund (VTMSX) | A | Int./Div. | K | T | | | | | |
| 38. Direxion IDX Cmdty Stg I (DXCIX) | | None | J | T | Buy (add'l) | 02/02/16 | K | | |
| 39. Greenspring Fd Inc (GRSPX) | A | Int./Div. | | | Sold | 02/03/16 | J | A | |
| 40. Vanguard Scottsdale 2000 Value (VTWV) | A | Int./Div. | K | T | | | | | |
| 41. Vanguard Scottsdale 2000 Growth (VTWG) | A | Int./Div. | K | T | | | | | |
| 42. Vanguard MSCI ETF (VEA) | B | Int./Div. | L | T | Buy (add'l) | 02/02/16 | J | | |
| 43. Powershares DB Commodity Index (DBC) | A | Int./Div. | K | T | | | | | |
| 44. Vanguard Primecap Core (VPCCX) | B | Int./Div. | K | T | | | | | |
| 45. T. Rowe Price Intl Fds (TROSX) | A | Int./Div. | J | T | | | | | |
| 46. Loomis Sales Growth (LGRCX) | A | Int./Div. | J | T | Buy | 02/03/16 | J | | |
| 47. Oakmark Intl Fund Class I (OAKIX) | A | Int./Div. | J | T | | | | | |
| 48. Wells Fargo Premier Lg Co GR (EKJCX) | A | Int./Div. | | | Sold | 02/05/16 | J | A | |
| 49. Vanguard Total Stock Mkt Inx (VTSAX) | A | Int./Div. | K | T | | | | | |
| 50. UBS Deposit Account | A | Int./Div. | K | T | | | | | |
| 51. 457(b) Plan - MO2035 Fund | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Phillips, Mary E. | 05/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/09/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary E. Phillips**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544